IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CRISTIAN CAMILO GUTIERREZ GUTIERREZ                    PETITIONER

V.                          CIVIL ACTION NO. 5:26-cv-266-DCB-RPM

WARDEN                                                 RESPONDENT

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on Magistrate Judge Myers's Report and Recommendation ("Report") [ECF No. 14], which recommends that Petitioner's 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as premature and that the Motion for Temporary Restraining Order [ECF No. 2] be denied as moot. The basis for this recommendation is that any post-removal-period detention claim is premature under the framework set forth in <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001). The Report was entered on July 15, 2026, and objections were due by July 29, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a <u>de novo</u> review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report. <u>United States v. Wilson</u>, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Petitioner's 28 U.S.C. § 2241 Petition, the Motion for Temporary Restraining Order [ECF No. 2], and Judge Myers's Report [ECF No. 14], finds that Petitioner's 28 U.S.C. § 2241 petition [ECF No. 1] should be dismissed without prejudice and that the Motion for Temporary Restraining Order [ECF No. 2] be denied as moot. The Court adopts Judge Myers's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Myers's recommendation. The Report [ECF No. 10] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

So ordered and adjudged, this the 29 day of July, 2026.

/s/ David C. Bramlette
UNITED STATES DISTRICT JUDGE

2